**Motion GRANTED AND Order filed 08/21/15.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 𝔈𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## NO. 14-15-00706-CV

_____

## IN RE PINNACLE HEALTH FACILITIES XV, LP D/B/A/ WOODRIDGE NURSING AND REHABILITATION, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-11057**

---

## ORDER

On August 20, 2015, relator Pinnacle Health Facilities XV, LP d/b/a Woodridge Nursing and Rehabilitation, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Jeff Shadwick, Judge of the 55th District Court, in Harris County, Texas, to set aside his order dated August

10, 2015, entered in trial court number 2015-11057, styled *Jorge Rebles et. al. v. Pinnacle Hearth Facilities XV, LP*, that certain categories of documents be produced within ten days. (the "discovery order").

On August 20, 2015, relator also filed a motion for temporary stay of the discovery order dated August 10, 2015 pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** that the Order on Plaintiffs' Motion to Compel issued on August 10, 2015 in trial court cause number 2015-11057, *Jorge Rebles et. al. v. Pinnacle Hearth Facilities XV, LP,* **STAYED** through Monday, September 21, 2015.

We further **ORDER** the parties to notify the court of appeals whether the trial court has signed any written order overruling the objections to the amended expert report and denying the motion to dismiss, and if so, provide the court of appeals that signed written order by August 28, 2015.

We further **ORDER** the parties to notify the court of appeals of the trial court's ruling on relator's motion for reconsideration set for September 14, 2015, and to provide the court of appeals with the trial court written ruling.

PER CURIAM